**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7856**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ROBERT W. PETTY,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasnow, District Judge.  (CR-97-107-DKC)

---

Submitted:  May 11, 1999            Decided:  May 21, 1999

---

Before HAMILTON, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert W. Petty, Appellant Pro Se.  Hollis Raphael Weisman, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert W. Petty appeals the district court's order denying his motion for a new trial. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Petty, No. CR-97-107-DKC (D. Md. Dec. 4, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's judgment or order is marked as "filed" on December 2, 1998, the district court's records show that it was entered on the docket sheet on December 4, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2